UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. MILTON, Jr.,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>TIM VIRGA, Warden, KAMALA D. HARRIS,<br><br>　　　　　Respondents. | No. CV 13-7997 FFM<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed on the merits with prejudice.

DATED: July 29, 2014

　　　　　　　　　　　　　　　　　　　/S/ FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge